DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Pitter<br><br>Case below:<br>180 N.C. App. 474 | No. 640P06 | Def-Appellant's PDR (COA05-1547) | Denied<br>06/27/07 |
| State v. Reed<br><br>Case below:<br>182 N.C. App. 109 | No. 141P07 | AG's Motion for Temporary Stay<br>(COA06-400) | Allowed<br>03/23/07 |
| State v.<br>Richardson<br><br>Case below:<br>Nash County<br>Superior Court | No. 232A95-3 | 1.  Def's Motion to Toll Time for<br>Perfecting Appeal<br><br>2.  Def's Motion to Reverse Sentence<br>of Death and Convert to Life<br>Sentence<br><br>3.  Def's Motion to Order a New<br>Mental Retardation Motion Hearing<br><br>4.  Def's Motion to Remand and to<br>Determine if an Accurate Transcript<br>can be Produced<br><br>5.  AG's Motion to Deem Response<br>Timely Filed | 1. Allowed<br>06/27/07<br><br>2. Denied<br>06/27/07<br><br><br>3. Denied<br>06/27/07<br><br>4. Denied<br>06/27/07<br><br><br>5. Denied<br>06/27/07 |
| State v. Ridley<br><br>Case below:<br>177 N.C. App. 463 | No. 272P06 | 1.  AG's Motion for Temporary Stay<br>(COA03-1543)<br><br><br><br>2.  AG's Petition for Writ of<br>Supersedeas<br><br>3.  AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>05/18/06<br>Stay<br>Dissolved<br>06/27/07<br><br>2. Denied<br>06/27/07<br><br>3. See Special<br>Order Page<br>424<br><br>**Hudson, J.,<br>Recused** |
| State v. Royster<br><br>Case below:<br>182 N.C. App. 176 | No. 168P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-473) | Denied<br>06/27/07 |